# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1287
_____

MATTHEW EARL SMITH,

Appellant,

v.

ERIN BROOKE SMITH PICOU,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Darlene Dickey, Judge.

January 26, 2018

PER CURIAM.

AFFIRMED.

WOLF, JAY, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Ross A. Keene of Ross Keene Law, P.A., Pensacola, for Appellant.

Todd M. Ladouceur and Chris K. Ritchie of Galloway, Johnson, Tompkins, Burr & Smith, P.L.C., Pensacola, for Appellee.